FILED
2012 Aug-30 PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TERRY SHARP and PAULA SHARP,** | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Case No.: 2:12-CV-2682-VEH <br> ) |
| **THYSSENKRUPP ELEVATOR CORPORATION AND DOLGENCORP, LLC, et al.,** | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

This matter is before the court on Defendants Thyssenkrupp Elevator Corp. and Dolgencorp, LLC's Response (Doc. 5) to the court's Order to Show Cause (Doc. 4) why this case should not be remanded to state court. Defendants submitted their response on August 28, 2012, and concede that this case is factually indistinguishable from *Griffith v. Wal-Mart Stores East, LP*, Case No. 2:12-CV-01756-VEH (N.D.Ala. Aug. 10, 2012). (Doc. 5 at 5.) *Griffith* held that a plaintiff's ambiguous response to a discovery request regarding the value of her case failed to establish the amount-in-controversy requirement of 28 U.S.C. § 1332. In light of *Griffith*, Defendants have consented to remand this case to the Circuit Court of Jefferson County, Alabama,

Bessemer Division.  (*Id.*)  Therefore, the court will remand this case to state court.

An Order consistent with this Memorandum Opinion will be separately entered.

**DONE** and **ORDERED** this the 30th day of August, 2012.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge